# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CARLA GIFFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:25-cv-616 |
| ) | Judge Trauger |
| DANIEL S. GREENBERG, ET AL., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On January 30, 2026, the Magistrate Judge issued a Report and Recommendation (Doc No. 12), to which the *pro se* defendant Daniel S. Greenberg has filed Objections (Doc. No. 13), to which objections the plaintiff has filed a Response (Doc. No. 15). The Report and Recommendation recommends that the plaintiff's Motion to Remand (Doc. No. 6) be granted.

Defendant Daniel S. Greenberg removed this case from the Davidson County Chancery Court on June 4, 2025, alleging federal court jurisdiction (Doc. No. 1). On June 24, 2025, the plaintiff filed a Motion to Remand (Doc. No. 6), based upon the fact that this is a state court partition action filed entirely under Tennessee state law. (Doc. No. 6). The Certificate of Service for the motion shows that it was mailed and/or emailed to the correct address for defendant Daniel S. Greenberg (Doc. No. 6 at 3). Mr. Greenberg did not respond to the Motion to Remand.

On November 6, 2025, the plaintiff filed a Motion to Ascertain Status of Case because the court had not yet ruled upon the Motion to Remand (Doc. No. 7). This motion, too, was mailed and/or emailed to the correct address for Mr. Greenberg (Doc. No. 7 at 2). Still, Mr. Greenberg filed nothing with the court until January 22, 2026, when he filed a Motion for Injunctive Relief, Sanctions, and Disqualification Based on Improper State Court Proceedings and Attorney Collusion (Doc. No. 9).

As the Report and Recommendation states, the Local Rules of this court require that a response be filed to motions within 14 days after service and, if no timely response is filed, the motion is deemed unopposed. (Doc. No. 12 at 2). The record establishes that Mr. Greenberg not only did not timely respond to the Motion to Remand, but he never responded to the Motion to Remand at all, instead attempting to raise other issues with the court having nothing to do with the Motion to Remand. For this reason alone, the Motion to Remand should be granted.

For these reasons, the court ACCEPTS IN PART the Report and Recommendation and grants the Motion to Remand (Doc. No. 6) as unopposed. The Clerk shall return this case to the Chancery Court for Davidson County, from whence it was removed.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge